**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MAXWELL HOFFMAN,
      *Petitioner-Appellant,*

v.

ARVON J. ARAVE, Warden, Idaho
Maximum Security Institution,
Department of Correction, State of
Idaho,

      *Respondent-Appellee.*

No. 02-99004

D.C. No.
CV-94-00200-S-
BLW
District of Idaho,
Boise

ORDER

Filed March 3, 2008

Before: Harry Pregerson, William A. Fletcher, and
Ronald M. Gould, Circuit Judges.

---

## ORDER

The order filed on February 14, 2008, is hereby designated
for publication.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.